UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820



October 13, 2000

MEMORANDUM TO MR. RICHMOND AND COUNSEL RE:

      Richmond, et al. v. Commissioners of
      Cecil County, Maryland, et al.
      Case No. AMD 00-2453

    This is to inform you that the Court has scheduled a hearing on open motions in the above titled case for Thursday, October 26, 2000, at 11:00 a.m. The hearing will be held in courtroom 5B of the Courthouse.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

