UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 18, 2000

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2000 OCT 18  P 1:01
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

MEMORANDUM TO MR. RICHMOND AND COUNSEL RE:

    Richmond, et al. v. Commissioners of
    Cecil County, Maryland, et al.
    Case No.  AMD 00-2453

    This is to inform you that the **time** for the hearing in the above titled case scheduled for Thursday, October 26, 2000, has been changed from 11:00 a.m. to 3:00 p.m. The date remains the same. Please mark your calendars accordingly.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                Very truly yours,

                **ANDRE M. DAVIS**
                **U.S. DISTRICT JUDGE**

                Andre M. Davis
                United States District Judge

AMD:tt
cc: Court file

