IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KENNETH W. RICHMOND, and
JAMES RICHMOND,

        Plaintiffs

    v.                :    Civil No. AMD 00-2453

CECIL COUNTY COMMISSIONERS, :
et al.,

        Defendants       :

...oOo...

ORDER

This case came before the Court for a hearing on the pending motion to dismiss.

Counsel and plaintiffs appearing pro se having been heard, and the Court having rendered

its ruling on the record, it is this 27th day of October, 2000, ORDERED

(1)    That the motion to dismiss (Paper No. 6) IS GRANTED WITHOUT

PREJUDICE;

(2)    That the motion for leave to file amended complaint filed by plaintiffs

(Paper No. 8) IS DENIED AS MOOT;

(3)    The Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this Order

to all counsel.

ANDRE M. DAVIS
United States District Judge

